United States District Court
Middle District Tennessee
At Nashville

Mike Settle
Petitioner Pro se

RECEIVED
AUG 19 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

V.

Guy Bosch
Respondent

Petition For Declaration
28 U.S.C.A. §§ 2201, 2202

1. Mike Settle
T.T.C.C.
140 Macon Way
Hartsville, Tn. 37074

On August 2, 2000, petitioner plead guilty to federal charges

before his arrest, sentence by state authorities. On January 12, 2001, petitioner plead guilty to state charges and was sentenced to 25 years to be served concurrently with Federal sentence. Petitioner federal judgment state "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 262 months," that petitioner was entitled to declaration that his federal sentence began at the time that he was sentenced in Federal court and had continued to run. When petitioner was sentenced by the state court, it was evident from the sentence, itself, that the state court understood that petitioner would first serve the sentence imposed

by the federal court, as the state court provided the state sentence to run concurrently with the federal sentence. The federal government was the first arrest, the first to find petitioner guilty and sentence him. The clear intent of the federal and state sentencing judges, petitioner is entitled to a declaration that his federal sentence began at the time he was sentenced in this court and has continued to run to the present.

Respectfully submitted,

8-14-25
Date

Mike Settle
T.T.C.C.
140 Macon Way
Hartsville, Tn. 37074

Mike Settle #207584
T.T.C.C. CA-212
140 Macon Way
Hartsville, Tn. 37074

Legal Mail

RECEIVED
AUG 19 2025
US DISTRICT COURT
MIDDLE DISTRICT OF TN

US POSTAGE $003.00
ZIP 37074
0000363323 AUG 14 2025

Office of Clerk
719 Church St Ste 1300
Nashville, Tn. 37203